IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 26, 2008

Charles R. Fulbruge III
Clerk

No. 07-20382
Summary Calendar

UNITED STATES OF AMERICA

Petitioner-Appellee

v.

MARK E. BATTON

Respondent-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-MC-27

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

Having reviewed the district court's order, the parties' briefs, and the record, we find no reversible error. Accordingly, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.